~~ANDRÉ BIROTTE JR.~~
~~United States Attorney~~
~~LEON W. WEIDMAN~~
~~Assistant United States Attorney~~
~~Chief, Civil Division~~
~~TOVA D. WOLKING, CSBN 259782~~
~~Special Assistant United States Attorney~~
~~    Social Security Administration, Region IX~~
~~    160 Spear Street, Suite 800~~
~~    San Francisco, California 94105~~
~~    Telephone: (415) 977-8980~~
~~    Facsimile: (415) 744-0134~~
~~    E-Mail: Tova.Wolking@ssa.gov~~
~~Attorneys for Defendant~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA HERNANDEZ, | No.: 5:10-cv-0184-AN |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment affirming the Commissioner's decision awarding benefits to Plaintiff.

DATED: December 11, 2012

_____
HONORABLE ARTHUR NAKAZATO
United States Magistrate Judge