FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Smy                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PATRICIA HERNANDEZ,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>   Defendant. | No. EDCV 10-0184 AN<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND TWO HUNDRED FIFTY DOLLARS AND 00/100 ($1,250.00) subject to the terms of the stipulation.

DATE: December 19, 2012

*[signature]*

HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE