FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PATRICIA HERNANDEZ, | No. EDCV 10-0184 AN |
| Plaintiff, | **ORDER AWARDING EAJA FEES** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND TWO HUNDRED FIFTY DOLLARS AND 00/100 ($1,250.00) subject to the terms of the stipulation.

DATE: December 19, 2012

*[signature]*

HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE